UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| EDWIN HUNTLEY, | |
| Plaintiff, | Civil Action No. 5:18-588-KKC |
| v. | |
| LUCAS COUNTY DIVISION OF CHILD SUPPORT SERVICES, ET AL., | **MEMORANDUM OPINION AND ORDER** |
| Defendants. | |

\*\*\* \*\*\* \*\*\* \*\*\*

Edwin Huntley is a resident of Clay City, Kentucky. Proceeding without a lawyer, Huntley filed a complaint in which he names the Lucas County Division of Child Support Services and Lucas County, Ohio, as defendants. [R. 1]. Huntley also filed a motion for leave to proceed *in forma pauperis*. [R. 3].

The Court will grant Huntley's fee motion because he lacks sufficient assets or income to pay the filing and administrative fees in this case. That said, the Court has conducted an initial screening of Huntley's complaint and will dismiss it because he has not demonstrated that the Court has subject matter jurisdiction over this action. After all, many of Huntley's statements are unintelligible and, while Huntley suggests that his claims arise under the Fourth, Fifth, and Sixth Amendments, as well as his "unenumerated right to privacy," it appears that he is simply complaining about a dispute involving child support payments. [R. 1 at 4-5]. The Sixth Circuit has repeatedly made it clear that federal courts simply have no jurisdiction to resolve domestic relations disputes, such as the one apparently at issue in this case. *See, e.g., Partridge v. State of*

*Ohio*, 79 F. App'x 844, 845 (6th Cir. 2003) (citing *Ankenbrandt v. Richards*, 504 U.S. 689, 703 (1992)); *Danforth v. Celebreeze*, 76 F. App'x 615, 616 (6th Cir. 2003).

Accordingly, it is hereby **ORDERED** as follows:

1. Huntley's motion for leave to proceed *in forma pauperis* [R. 3] is **GRANTED** and payment of the filing and administrative fees is **WAIVED**.

2. Huntley's complaint [R. 1] is **DISMISSED** for lack of subject matter jurisdiction.

3. This action is **STRICKEN** from the Court's docket.

4. A corresponding Judgment will be entered this date.

Dated November 5, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY